A89A2080. COLEMAN v. THE STATE.
(391 SE2d 15)

BEASLEY, Judge.

Defendant appeals his conviction of child molestation, OCGA § 16-6-4.

1. Although the testimony of the minor prosecuting witness was somewhat contradictory and there were conflicts with other evidence offered by the State, viewed in a light favorable to the verdict there was sufficient evidence to authorize a rational trier of fact to find defendant guilty beyond a reasonable doubt of the offense charged. *Weeks v. State*, 187 Ga. App. 307, 308 (1) (370 SE2d 344) (1988); *Hicks v. State*, 175 Ga. App. 243, 244 (4) (333 SE2d 113) (1985).

2. Defendant asserts error in permitting the jury, upon request, to view again a videotape of an interview between a police officer and the prosecuting witness.

"Whether or not to grant the jury's request to rehear portions of the evidence is within the discretion of the trial judge." *Morris v. State*, 254 Ga. 273, 274 (2) (328 SE2d 547) (1985). Defendant failed to carry his burden of showing an abuse of discretion in this instance. *Lumpkin v. State*, 182 Ga. App. 505, 506 (4) (356 SE2d 238) (1987); *Haynes v. State*, 180 Ga. App. 202 (2) (349 SE2d 208) (1986).

*Judgment affirmed. Carley, C. J., and McMurray, P. J., concur.*

DECIDED FEBRUARY 5, 1990.

*Hollingsworth & Richardson, W. Gene Richardson,* for appellant.
*Stephen F. Lanier, District Attorney, C. Stephen Cox, Assistant District Attorney,* for appellee.